Williams

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Ralph Hooks, Warden
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

2:07cv462-WHA (pet order 20 og)

2. Article Number
(Transfer from service label)

PS Form 3811, February 200

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ Harold W Cash
☑ Agent
☐ Addressee

B. Received by (Printed Name)
HAROLD CASH

C. Date of Delivery
2-17-7

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

7005 1160 0001 2556 6926

Domestic Return Receipt                    102595-02-M-1540