Williams

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Hon. Troy King
Attorney General for the
State of Alabama
11 South Union Street
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                 ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   Givner                          7/17/07

address different from item 1? ☐ Yes
delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2:07cv462-WHA (pet + order 20 day)

2. Article Number
   (Transfer from service)   7005 1160 0001 2556 6933

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540