IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID DONNIE WILLIAMS, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) 2:07-CV-642-WHA |
| RALPH HOOKS, WARDEN, et al., | ) |
| Respondents. | ) |

**MOTION FOR ENLARGEMENT**

Come now the respondents in the above-styled cause, by and through the Attorney General of the State of Alabama, and respectfully request an enlargement of twenty days in which to respond to this Court's Order to Show Cause based on the following grounds:

1. David Donnie Williams (Williams) filed a petition for writ of habeas corpus in this Court on July 2, 2007[1], challenging his conviction of stalking and resulting sentence of thirty-eight years' imprisonment.

2. On July 16, 2007, United States Magistrate Susan Russ Walker ordered the respondents to reply to Williams's petition within twenty days of service.

---

[1] This is the date Williams's petition is signed. See Houston v. Lack, 487 U.S. 266 (1988).

3. Counsel for the respondents has been involved in other work in the appellate courts of the State of Alabama and has had insufficient time in which to complete an answer to the habeas petition.

Wherefore, in consideration of the aforementioned reason, the respondents pray that this Honorable Court grant this request for twenty days in which to respond.

        Respectfully submitted,

        Troy King (KIN047)
        Attorney General
        By:

        s/Audrey Jordan
        Audrey Jordan
        Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: David Donnie Williams, AIS # 169189, St. Clair Correctional Facility, 1000 St. Clair Road, Springville, Alabama 35146.

                                        s/Audrey Jordan
                                        Audrey Jordan
                                        Office of the Attorney General
                                        Alabama State House
                                        11 South Union
                                        Montgomery, AL 36130-0152
                                        Telephone: (334) 242-7300
                                        Fax: (334) 242-2848
                                        E-Mail: AJordan@ago.state.al.us

301895/111065