IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID DONNIE WILLIAMS, #169189, | ) |
| Petitioner, | ) |
| v | ) Civil Action No. 2:07cv642-WHA |
| RALPH HOOKS, WARDEN, *et al.*, | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the respondents on August 3, 2007 (Doc. No. 6), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the respondents be GRANTED an extension from August 6, 2007, to and including August 27, 2007, to file an answer to the petitioner's 28 U.S.C. § 2254 petition for habeas corpus relief in compliance with this court's order entered on July 16, 2007.

Done this 3rd day of August, 2007.

/s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE