IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 AUG 27 P 2: 37
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DAVID DONNIE WILLIAMS, | ) |
| Petitioner, | ) |
| v. | ) 2:07-CV-642-WHA |
| RALPH HOOKS, WARDEN, *et. al.*, | ) |
| Respondents. | ) |

**CONFLICT DISCLOSURE STATEMENT**

Come now Troy King and Ralph Hooks, by and through Counsel named below, make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047:

Troy King and Ralph Hooks, parties named to the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official capacities. Neither the Alabama Attorney General nor the Warden of the St. Clair Correctional Facility possess any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

_____
Audrey Jordan
Counsel for Troy King and Ralph Hooks

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>27th</u> day of August, 2007, I have filed the foregoing with the Clerk of this Court and the same on Williams at:

>David Donnie Williams
>AIS # 169189
>St. Clair Correctional Facility
>1000 Clair Road
>Springville, Alabama 35146

>_____
>Audrey Jordan (JOR040)
>Office of the Attorney General
>Alabama State House
>11 South Union
>Montgomery, AL 36130-0152
>Telephone: (334) 242-7300
>Fax: (334) 242-2848
>E-Mail: ajordan@ago.state.al.us

311407/111065