IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID DONNIE WILLIAMS, #169189, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv642-WHA |
| ) | |
| RALPH HOOKS, Warden, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #11), entered on September 24, 2009, the court adopts the Recommendation, and it is hereby

ORDERED that this petition for habeas corpus relief is DENIED, and this case is DISMISSED with prejudice.

DONE this 27th day October, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE